[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-13441
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 28, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00703-CV-P-S

JOYCE TATOR,

Plaintiff-Appellant,

versus

HOUSING AUTHORITY OF THE
BIRMINGHAM  DISTRICT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 28, 2005)

Before TJOFLAT, DUBINA and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of the appellee is affirmed for the reasons set forth in the thorough Memorandum Opinion entered by the district court on January 19, 2005.

AFFIRMED.